# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Sherry Turner<br><br>**Civil Case#: 1:18-cv-03755-RLY-TAB** | |

## NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the discovered death of Sherry Turner, Plaintiff in this case. A Lexis search indicated that Ms. Turner died on June 28, 2021. The obituary did not list any heirs.

Dated: September 27, 2024         Respectfully submitted,

By: /s/ Willard J. Moody_____
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020 Phone
(757) 399-3019 Fax
will@moodyrrlaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.